ORIGINAL

Approved: _____
ANDREW JONES
Assistant United States Attorney

Before:   THE HONORABLE BARBARA MOSES
          United States Magistrate Judge
          Southern District of New York

**22 MAG 2825**

- - - - - - - - - - - - - - - - x
                                :
UNITED STATES OF AMERICA        :   COMPLAINT
                                :   Violation of
     - v. -                     :   21 U.S.C. § 841
                                :
RAFAEL MARTINEZ-RAMOS,          :
                                :
          Defendant.            :   COUNTY OF OFFENSE:
                                :   BRONX
- - - - - - - - - - - - - - - - x

SOUTHERN DISTRICT OF NEW YORK, ss.:

BARBARA PHILLIPS, being duly sworn, deposes and says that she is a Special Agent with the Department of Homeland Security, Homeland Security Investigations ("HSI"), and charges as follows:

### COUNT ONE
(Narcotics Distribution)

1. On or about March 24, 2022, in the Southern District of New York and elsewhere, RAFAEL MARTINEZ-RAMOS, the defendant, intentionally and knowingly distributed and possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

2. The controlled substance involved in the offense was 400 grams and more of mixtures and substances containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(A).

(Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(A).)

The bases for my knowledge and for the foregoing charge are, in part, as follows:

3. I am a Special Agent with the Organized Crime Drug Enforcement Task Force ("OCDETF") Strike Force, and I have been personally involved in this investigation. This affidavit is based on my investigation, my conversations with other law enforcement officers and other individuals, and my examination of reports and records. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

4. Based on my training and experience, my participation in this investigation, including my personal observations, my conversations with confidential sources working at the direction of law enforcement ("CS-1" and "CS-2"),[1] my review of materials provided by CS-1 and CS-2, including recordings of the communications described below made by CS-1 and CS-2 at the direction of law enforcement,[2] my conversations with other law enforcement agents, and my review of law enforcement reports and records, I have learned the following, among other things:

---

[1] CS-1 has previously been convicted of a narcotics offense and has served the sentence for that offense. CS-1 is currently working with the Government in exchange for immigration benefits. Information provided by CS-1 has been reliable and corroborated by other law enforcement actions, including surveillance, reviews of toll records, and reviews of electronically stored information.

CS-2 has previously been convicted of a narcotics and robbery offenses and has served the sentences for those offenses. CS-2 is currently working with the Government in exchange for immigration benefits. Information provided by CS-2 has been reliable and corroborated by other law enforcement actions, including surveillance, reviews of toll records, and reviews of electronically stored information.

[2] The communications described below between RAFAEL MARTINEZ-RAMOS, the defendant, and CS-1 and CS-2 were conducted in Spanish. Spanish-speaking law enforcement agents who reviewed the recordings and/or CS-1 and CS-2 have described the contents of the communications to me in English.

2

a.  On or about March 19 through 20, 2022, CS-1 received information that a person using a specific phone number (the "Target Number") was engaged in the distribution of fentanyl. As described in more detail below, the user of the Target Number has been identified as RAFAEL MARTINEZ-RAMOS, the defendant.

b.  On or about March 21, 2022, CS-1 placed a recorded phone call to MARTINEZ-RAMOS at the Target Number. During the call, MARTINEZ-RAMOS and CS-1 discussed a future fentanyl transaction. The Target Subject stated that he had "it" available for pickup. In the context of the communications, CS-1 understood "it" to refer to fentanyl. MARTINEZ-RAMOS informed CS-1 that the fentanyl could be delivered to the Bronx for an additional fee.

c.  On or about March 23, 2022, CS-1 and MARTINEZ-RAMOS had multiple additional recorded phone calls to arrange a fentanyl transaction. Over the course of these communications, it was agreed that MARTINEZ-RAMOS would provide CS-1 one kilogram of fentanyl, and that MARTINEZ-RAMOS would deliver the fentanyl to New York, in exchange for compensation. During one of the calls, MARTINEZ-RAMOS informed CS-1, in substance and in part, that MARTINEZ-RAMOS was ready to conduct the transaction on March 24, 2022, and that MARTINEZ-RAMOS needed two hours of notice to bring the fentanyl to New York. In a later conversation, CS-1 informed MARTINEZ-RAMOS that a second person, CS-2, would receive the fentanyl on CS-1's behalf and that CS-2 would soon contact MARTINEZ-RAMOS to give the time and location for the transaction.

d.  On or about March 23, 2022, CS-2 sent MARTINEZ-RAMOS a text message that told MARTINEZ-RAMOS to deliver the fentanyl to a particular intersection in the Bronx at noon on March 24, 2022. MARTINEZ-RAMOS responded that the location and timing were fine.

e.  On or about March 24, 2022, shortly before 10:00 a.m., MARTINEZ-RAMOS informed CS-2 that MARTINEZ-RAMOS was on his way to New York. Around 12:15 p.m., CS-2 called MARTINEZ-RAMOS, and gave MARTINEZ-RAMOS a new location for the transaction in the Bronx (the "Parking Lot"). During the same call, MARTINEZ-RAMOS and CS-2 exchanged descriptions of their vehicles (the "CS Vehicle" and the "Martinez Vehicle").

f.  Around 12:51 p.m. on March 24, 2022, MARTINEZ-RAMOS texted CS-2 that he had arrived at the Parking Lot. Around the same time, a law enforcement agent observed a vehicle matching the description of the Martinez Vehicle arrive in the Parking Lot. MARTINEZ-RAMOS then exited the passenger seat of the Martinez Vehicle, went to the trunk, and retrieved a cardboard box.

3

MARTINEZ-RAMOS took the box to CS-2 and the CS Vehicle. CS-2 met MARTINEZ-RAMOS beside the CS Vehicle, and both CS-2 and MARTINEZ-RAMOS went inside the CS Vehicle. While inside the CS Vehicle, MARTINEZ-RAMOS informed CS-2 that MARTINEZ-RAMOS could supply an additional three kilograms of fentanyl next week. I and other law enforcement officers then approached the CS Vehicle and placed MARTINEZ-RAMOS under arrest.

g. In connection with MARTINEZ-RAMOS's arrest, law enforcement recovered, among other items, (i) one cardboard box containing a powder brick wrapped in packing tape (the "Brick"), which, based on my training and experience, I believe to contain fentanyl, and (ii) two cellphones from MARTINEZ-RAMOS's person. The Brick was subsequently placed on a DEA scale and weighed approximately 1,068 grams. Rapid field testing of the Brick indicated the presence of fentanyl or fentanyl analogues. Photographs of the Brick are below:




h. After MARTINEZ-RAMOS was arrested, I called the Target Number, and one of the cellphones recovered from MARTINEZ-RAMOS rang in my presence. Accordingly, I believe that the individual with whom CS-1 and CS-2 communicated to arrange the March 24, 2022 fentanyl transaction, as described above, was MARTINEZ-RAMOS and that MARTINEZ-RAMOS was using the Targe Number to arrange narcotics transactions.

4

WHEREFORE, I respectfully request that RAFAEL MARTINEZ-RAMOS, the defendant, be imprisoned or bailed, as the case may be.

*[signature]*
Barbara Phillips
Special Agent
Homeland Security Investigations
OCDETF Strike Force

Sworn to before me ~~through the transmission of this Complaint by reliable electronic means, pursuant to Federal Rules of Criminal Procedure 41(d)(3) and 4.1~~ this 25th Day of March, 2022

*[signature]*
THE HONORABLE BARBARA MOSES
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK